MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6748
    Rebecca.falk@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

EDUARDO GONZALEZ (CSBN 123929)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone: (916) 455-4800
Fax: (916) 451-5687

Attorney for Plaintiff Frank Rueda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK RUEDA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-05958 LB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE DISMISSAL WITH<br>PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER DISMISSAL WITH PREJUDICE
No. 13-05958 LB

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff FRANK RUEDA and Defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action. Each party to bear its own costs and attorney's fees.

**SO STIPULATED AND AGREED.**

Dated: August 14, 2014                Respectfully Submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      /s/ Rebecca A. Falk
                                      REBECCA A. FALK
                                      Assistant United States Attorney


Dated: August 14, 2014                /s/ Eduardo Gonzalez
                                      EDUARDO GONZALEZ
                                      Attorney for Plaintiff

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED

DATED: September 26, 2014
                                      HONORABLE LAUREL BEELER
                                      UNITED STATES MAGISTRATE JUDGE